1
 Martin v. Travelers, No. 23SC474
Supreme Court of Colorado, En Banc
December 9, 2024
 
           Court
 of Appeals Case No. 23CA885.
 
 
 
          C.A.R.
 50 TRANSFER OF JURISDICTION
 
 
          The
 court had accepted a transfer of this case under C.A.R. 50(b)
 to be held in abeyance pending resolution of Klabon v.
 Travelers Property Casualty Co. of America, 23SA142,
 2024 CO 66. In light of the announcement of that case,
 jurisdiction of this case is transferred to the court of
 appeals with instructions to remand to the trial court for
 further proceedings consistent with Klabon.
 
 
          
 JUSTICE BOATRIGHT does not participate.